SEALED
BY ORDER OF THE COURT

**WARNING:** **THIS IS A SEALED DOCUMENT CONTAINING NON-PUBLIC INFORMATION**

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 22 2019

at 10 o'clock and 07 min. A M
SUE BEITIA, CLERK

MICAH SMITH
Deputy Chief, Criminal Division

SARA D. AYABE #9546
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
Email:   Sara.Ayabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 19-0819 RT |
| | ) | |
| Plaintiff, | ) | CRIMINAL COMPLAINT; |
| | ) | AGENT'S AFFIDAVIT |
| vs. | ) | |
| | ) | |
| KEOKI CABEBE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

<div style="text-align:center">

Count 1
Hobbs Act Conspiracy
(18 U.S.C. § 1951(a))

</div>

From a date unknown, but at least since on or before May 15, 2019, and continuing thereafter until later in the day on May 15, 2019, in the District of Hawaii, KEOKI CABEBE, the defendant, and others known and unknown, did knowingly and intentionally agree and conspire with each other to obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1).

All in violation of Title 18, United States Code, Section 1951(a).

<div style="text-align:center">

Count 2
Hobbs Act Robbery
(18 U.S.C. §§ 1951(a) and 2)

</div>

On or about May 15, 2019, within the District of Hawaii, KEOKI CABEBE, the defendant, did knowingly and intentionally obstruct, delay, and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18,

United States Code, Section 1951(b)(1), in that CABEBE did unlawfully take and obtain personal property, that is, controlled substances and other items, from the person and in the presence of the owners and possessors of the property, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to said persons.

All in violation of Title 18, United States Code, Sections 1951(a) and (2).

### Count 3
### Using, Carrying, and Brandishing a Firearm
### During and in Relation to a Crime of Violence
### (18 U.S.C. § 924(c)(1)(A)(ii))

On or about May 15, 2019, within the District of Hawaii, KEOKI CABEBE, the defendant, did knowingly use, carry, and brandish a firearm, namely, one Savage Arms .32 caliber pistol, bearing serial number 59577, during and in relation to the crime of violence offense charged in Count 2 of this Criminal Complaint.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

### Count 4
### Felon in Possession of a Firearm and Ammunition
### (18 U.S.C. 922(g)(1) and 924(a)(2))

On or about May 15, 2019, within the District of Hawaii, KEOKI


CABEBE, the defendant, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, did knowingly possess a firearm and ammunition in and affecting commerce, namely, one Savage Arms .32 caliber pistol, bearing serial number 59577, and four rounds of .32 caliber ammunition containing the head-stamp "W-W 32 AUTO," said firearm and ammunition having been previously shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: Honolulu, Hawaii, August 21, 2019.

_____
GENEVIEVE M. LEONG
SPECIAL AGENT, ATF

Sworn to before me and
subscribed in my presence
this 21th day of August, 2019,
at Honolulu, Hawaii

_____
HON. ROM TRADER
UNITED STATES MAGISTRATE JUDGE

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Genevieve M. Leong, after being first duly sworn on oath, deposes and says:

## BACKGROUND

1.  I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed since 2015. I am currently assigned to the ATF's Honolulu Field Office. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program and the ATF National Academy Special Agent Basic Training. I have participated in investigations involving federal firearms violations and controlled substances. As a result of my training and experience, I am familiar with the practices drug traffickers commonly use to distribute controlled substances, as well as to store and conceal firearm, ammunition, and controlled substances.

2.  The information contained in this affidavit is based upon reports which I viewed, my personal knowledge and observations, my training and experience, as well as information obtained from other law enforcement officers and other witnesses. This affidavit is intended merely to show that there is probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter, or convey all of the facts regarding the investigation. Based on the facts as set forth in this affidavit, and based upon my training and experience, there is probable cause to believe that KEOKI CABEBE, the

defendant, committed violations of the following offenses: Title 18, United States Code, Section 1951(a) (conspiracy to commit Hobbs Act robbery); Title 18, United States Code, Section 1951(a) (Hobbs Act robbery); Title 18, United States Code, Section 924(c)(1)(A)(ii) (brandishing a firearm during and in relation to a crime of violence); and Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm and ammunition).

## PROBABLE CAUSE

*The May 15, 2019 Robbery*

3.      On May 15, 2019, Honolulu Police Department ("HPD") officers were dispatched to a multi-unit residential dwelling located on Kahakai Drive, Honolulu, Hawaii, regarding an armed robbery that had occurred.

4.      The investigation revealed that on May 15, 2019, at approximately 3:25 p.m., a male resident of the multi-unit residential dwelling, who was well-known by others to possess drugs such as heroin, was in his room with several other individuals, including a female hereinafter referred to as "CC2." The male resident shared his drugs—including his heroin—with the other individuals in the room. While the drugs were in plain view, it was observed that CC2 appeared to use her cell phone to capture (by recording or FaceTime) what was occurring in the male resident's room.

5. At approximately 3:50 p.m., CC2 left the room and returned shortly thereafter with a male, later identified as KEOKI CABEBE, the defendant, and a female (hereinafter referred to as "CC1").

6. CC2 demanded the cell phone of one of the individuals in the room. At around the same time, CABEBE pulled out a silver colored handgun and repeatedly demanded everyone's bags. CC1 pulled out a modified "sawed-off" rifle from a bag she was carrying. The male resident and several other individuals in the room did not move or resist, because they feared that they would be harmed or shot by CABEBE and CC1.

7. When one of the individuals in the room refused to give up his/her belongings, CABEBE struck him/her with his fist and CC1 hit that individual in the head with the barrel of her firearm. CC2 then urged that individual to just give up his/her belongings. After gathering the cell phones and bags in the room, CABEBE, CC1, and CC2 fled from the room and exited the dwelling. One of the individuals followed them and observed that CABEBE, CC1, and CC2 entered a Chevy Tracker with Hawaii License Plate PNW269. The robbery, description of the suspects, and vehicle were reported to HPD.

8. At approximately 4:43 p.m. on that same date, HPD officers were dispatched to a suspicious circumstance at the parking lot of 1816 Dole Street,

Honolulu, HI, were HPD officers recognized the Chevy Trackers from the Robbery All-Points Bulletin (APB).

9. There were three females (including CC1) and one male occupant (CABEBE) within the vehicle. CABEBE fled from the vehicle, but was arrested after being chased and apprehended by HPD. Witnesses identified CABEBE as the male who had participated in the May 15, 2019 robbery earlier that same day. CC1 was identified by a witness as one of the females who had participated in the May 15, 2019 robbery.

10. Pursuant to a state search warrant, HPD recovered from the vehicle evidentiary items that included: two loaded firearms that matched the description of the firearms used in the robbery (a silver handgun and a "modified" rifle); suspected drugs; assorted drug paraphernalia; and items matching the descriptions of the stolen property previously provided by the victims. One of the witnesses had described his stolen property as a Columbia brand, black in color backpack containing t-shirts and some other personal belongings. That backpack contained a Ziploc-type baggie containing a brown substance (suspected heroin) and four glass pipes with a bulbous end with residue, commonly used for smoking narcotics.

11. The silver handgun was described as a Savage Arms .32 caliber pistol, bearing serial number 59577, loaded with one round of ammunition in the chamber and three rounds in the magazine containing the head-stamp "W-W 32 AUTO."

12. The rifle was described as a Stevens (Savage Arms) firearm (weapon made from a rifle), model 87D, .22 caliber, with an unknown serial number, loaded with eight rounds of .22 LR caliber ammunition.

13. Subsequent testing by HPD's Scientific Investigation Section on the suspected drugs and assorted drug paraphernalia recovered from the vehicle confirmed the presence of narcotics, including heroin and methamphetamine.

*CABEBE's Status as a Felon*

14. Checks made with Criminal Justice Information System-Hawaii (CJIS-Hawaii) revealed that CABEBE has three felony convictions for the following offenses: Second-Degree Robbery; Unauthorized Control of a Propelled Vehicle; and Unauthorized Entry of a Motor Vehicle. The CJIS-Hawaii report lists CABEBE as a convicted felon since September 6, 2007.

15. Under Hawaii Rules of Penal Procedure Rule 11, it is required that the court taking the plea inform the defendant, among other things, the maximum penalty provided by law. The three felonies that CABEBE pled no contest to have maximum penalties of more than one year. CABEBE was notified of and acknowledged the maximum terms of imprisonment for the three felonies.

5

*Interstate Nexus*

16. An ATF Interstate Nexus Special Agent concluded that the firearms and ammunition recovered from within the vehicle, including the Savage Arms .32 caliber pistol, bearing serial number 59577, and the four rounds of .32 caliber ammunition, were manufactured outside the State of Hawaii. This means that the .32 caliber pistol and four rounds of .32 caliber ammunition were transported across state lines before they were possessed by CABEBE. Thus, CABEBE's possession of the firearm in the State of Hawaii affected interstate commerce.

//

//

//

//

//

//

//

//

//

//

//

//

## **CONCLUSION**

17. Based on the foregoing facts, I respectfully submit that probable cause exists to believe that KEOKI CABEBE, the defendant, committed the aforementioned offenses.

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NAUGHT.

_____
GENEVIEVE M. LEONG
Special Agent, ATF

Subscribed and sworn to before me,
This 21th day of August, 2019.

_____
HON. ROM TRADER
United States Magistrate Judge